HARVEY WOOD v. CAROLINA TELEPHONE & TELEGRAPH COMPANY.

(Filed 17 March, 1948.)

APPEAL by plaintiff from *Morris, J.,* November Term, 1947, JOHNSTON. Affirmed.

*Parker & Parker for plaintiff appellant.*
*Leggett & Fountain for defendant appellee.*

BARNHILL, J.   This is an action instituted by the plaintiff to recover for loss of services and for expenses incurred for the medical care of his infant son who is plaintiff in *Wood v. Telephone Co., ante,* p. 605.   The determinative facts are the same as in that case.   Hence, what is there said controls decision here.

The judgment below is
Affirmed.